UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | Case No. 21-mj-00176-NRN |
|---|---|---|
| v. | ) ) ) | |
| ROBERT EARL GLASPER III, *Defendant(s)* | ) ) ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about October 25, 2021, in the State and District of Colorado and elsewhere, ROBERT EARL GLASPER violated:

| *Code Section* | *Offense Description* |
|---|---|
| (1) 49 U.S.C. § 46506(1) & 18 U.S.C. § 2244(b) | Sexual contact without permission within special aircraft jurisdiction |
| (2) 49 U.S.C. § 46506(2) | Lewd, indecent, obscene acts within special aircraft jurisdiction |
| (3) 49 U.S.C. § 46506(1) & 18 U.S.C. § 113(a)(5) | Simple assault within special aircraft jurisdiction |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

X Continued on attached sheet.

*/s Brandon Barnes*
*Complainant's signature*

Special Agent Brandon Barnes
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 10/26/2021

City and state: Denver, Colorado

*Judge's signature*

Magistrate Judge N. Reid Neureiter
*Printed name and title*