AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | Case No. 21-mj-00176-NRN |
| ROBERT EARL GLASPER III, *Defendant* | ) ) ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay ROBERT EARL GLASPER III, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

*Code Section*
(1) 49 U.S.C. § 46506(1)
    & 18 U.S.C. § 2244(b)
(2) 49 U.S.C. § 46506(2)
(3) 49 U.S.C. § 46506(1)
    & 18 U.S.C. § 113(a)(5)

*Offense Description*
Sexual contact without permission within special aircraft jurisdiction

Lewd, indecent, obscene acts within special aircraft jurisdiction
Simple assault within special aircraft jurisdiction

Date: 10/26/2021

*Issuing officer's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*