AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
U.S. DISTRICT COURT OF COLORADO

2021 NOV -8 AM 10: 51

JEFFREY P. COLWELL
CLERK

BY_____DEP CLK

| United States of America | ) |
| v. | ) Case No. 21-mj-00176-NRN |
| | ) |
| ROBERT EARL GLASPER III, | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay ROBERT EARL GLASPER III, who is accused of an offense or violation based on the following document filed with the court:

☐Indictment    ☐Superseding Indictment    ☐Information    ☐Superseding Information    ☒Complaint

☐Probation Violation Petition    ☐Supervised Release Violation Petition    ☐Violation Notice    ☐Order of the Court

This offense is briefly described as follows:

| Code Section | Offense Description |
|---|---|
| (1)  49 U.S.C. § 46506(1) & 18 U.S.C. § 2244(b) | Sexual contact without permission within special aircraft jurisdiction |
| (2)  49 U.S.C. § 46506(2) | Lewd, indecent, obscene acts within special aircraft jurisdiction |
| (3)  49 U.S.C. § 46506(1) & 18 U.S.C. § 113(a)(5) | Simple assault within special aircraft jurisdiction |

Date:  10/26/2021

*Issuing officer's signature*

City and state:  Denver, Colorado

**Magistrate Judge N. Reid Neureiter**
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 26 Oct 2021 , and the person was arrested on *(date)* 28 Oct 2021 at *(city and state)* Denver, Colorado .

Date: 27 Oct 2021

*Arresting officer's signature*

Brandon Barnes, FBI Special Agent
*Printed name and title*